

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-5-2006

# USA v. Cooper

Precedential or Non-Precedential: Precedential

Docket No. 05-1447

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Cooper" (2006). *2006 Decisions.* Paper 1188.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1188

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-1447

_____

UNITED STATES OF AMERICA

v.

LYDIA COOPER,
                                              Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
D.C. Criminal No. 03-cr-00333-3
(Honorable James M. Munley)

_____

**ORDER**

On April 4, 2006, the Court issued an amended opinion to correct typographical errors existed in the final section of the concurring and dissenting opinion. The Clerk's office incorrectly modified the filing date of the opinion. The filing date of the opinion as amended remains February 14, 2006 and should not have been adjusted to April 4, 2006.

In addition the first sentence of footnote number 8 is amended as follows: 'We are well aware that sentencing judges normally state and resolve sentencing issues from the bench while the sentencing proceeding is underway."

For the Court,

/s/ Marcia M. Waldron
Clerk

Date: April 5, 2006
CLC/cc: James R. Elliott, Esq.              William S. Houser, Esq.
              Theodore B. Smith III, Esq.